**DISMISS and Opinion Filed September 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00554-CV**

**PARKSIDE COMMON ASSOCIATION AND**
**PARKSIDE NEIGHBORHOOD HOMEOWNER'S ASSOCIATION,**
**Appellants**
**V.**
**PARKSIDE LAND WEST LP, PARKSIDE LAND EAST LP,**
**HINES PARKSIDE LAND EAST ASSOCIATES LIMITED PARTNERSHIP,**
**HINES PARKSIDE LAND WEST ASSOCIATES LIMITED**
**PARTNERSHIP, HINES PARKSIDE GP II LLC,**
**HINES INTERESTS LIMITED PARTNERSHIP, AND**
**HINES HOLDINGS, INC. A/K/A HINES HOLDINGS LLC, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-05293**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Kennedy

Before the Court is the parties' joint motion to dismiss the appeal because they

have settled their differences. We **GRANT** the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

240554f.p05

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

PARKSIDE COMMON
ASSOCIATION AND PARKSIDE
NEIGHBORHOOD
HOMEOWNER'S ASSOCIATION,
Appellants

No. 05-24-00554-CV     V.

PARKSIDE LAND WEST LP,
PARKSIDE LAND EAST LP,
HINES PARKSIDE LAND EAST
ASSOCIATES LIMITED
PARTNERSHIP, HINES
PARKSIDE LAND WEST
ASSOCIATES LIMITED
PARTNERSHIP, HINES
PARKSIDE GP II LLC, HINES
INTERESTS LIMITED
PARTNERSHIP, AND HINES
HOLDINGS, INC. A/K/A HINES
HOLDINGS LLC, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-05293.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 9th day of September, 2024.